UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alan Morrison,

        Plaintiff,

v.                                    Civ. No. 16-cv-02242 (RHK/SER)

City of Minneapolis and Christopher Steward,

        Defendants.

## **AFFIDAVIT OF GEORGE N. HENRY**

George N. Henry declares as follows:

1. I am an Assistant City Attorney for the City of Minneapolis. I represent Respondent City of Minneapolis in the above-captioned matter.

2. The following depositions transcripts were necessary for use in the case and used for the Summary Judgment motion that resolved this case: Deposition Transcript of Sarah Storm (ECF Doc. No. 29), Deposition Transcript of Christopher Steward (ECF Doc. No. 31), Deposition Transcript of Alan Morrison (ECF Doc. No. 32), Deposition Transcript of Katina Flaherty (ECF Doc. No. 42), Deposition Transcript of Jesus Reyes (ECF Doc. No. 43), Deposition Transcript of Arial M. Morrison (ECF Doc. No. 44).

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Date: February 16, 2018            */s/ George N. Henry*
                                    George N. Henry

                                    Signed in Hennepin County, MN