UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Alan Morrison, | Court File No. 16-CV-2242 (RHK/SER) |
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF ALAN MORRISON** |
| City of Minneapolis and Christopher Steward, | |
| Defendants. | |

_____

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, Tim M. Phillips and Joshua R. Williams, counsel for Plaintiff Alan Morrison, hereby respectfully request that the Court to allow them to withdraw as counsel of record for Alan Morrison.

On January 26, 2018, Judge Magnuson granted Defendants' Motion for Summary Judgment. On January 29, 2018, the clerk entered judgment. On January 31, 2018, the Law Office of Joshua R. Williams mailed a disengagement letter to Mr. Morrison.

Yet on February 5, 2018, the parties received a text-only entry via ECF stating that "[a]lthough the case has been closed and judgment has been entered," the parties were "still required to file a Joint Motion Regarding Continued Sealing pursuant to Local Rule 5.6." The parties were ordered to file the Joint Motion by February 13, 2018. Mr. Morrison authorized the Law Office of Joshua R. Williams to state Mr. Morrison's disagreement with continued sealing in the Joint Motion, which was filed on February 12, 2018.

2

On February 16, 2018, Defendants filed a bill of costs. The Law Office of Joshua R. Williams informed Mr. Morrison regarding the bill of costs and offered to oppose it. Mr. Morrison, however, instructed the Law Office of Joshua R. Williams to "withdraw as [his] attorney."

A copy of this motion will be served on Mr. Morrison at his address of 1715 Glenwood Ave. N, Apt. 1, Minneapolis, MN 55405.

Dated: February 27, 2018                    s/*Tim M. Phillips*
                                            Tim M. Phillips (#390907)
                                            tphillips@jrwilliamslaw.com
                                            Joshua R. Williams (#389118)
                                            jwilliams@jrwilliamslaw.com
                                            2836 Lyndale Avenue S, Suite 160
                                            Minneapolis, Minnesota 55408
                                            (612) 486-5540
                                            (612) 605-1944 Facsimile

                                            **ATTORNEYS FOR PLAINTIFF**