

LAW OFFICE
of
Joshua R. Williams, PLLC

**<u>VIA ECF</u>**

March 1, 2018

The Honorable Steven E. Rau
348 Warren E. Burger Federal Courthouse
316 North Robert Street
St. Paul, MN 55101

RE:   *Alan Morrison v. City of Minneapolis et al.*
      Case No. 16-CV-2242 (PAM/SER)

Judge Rau:

I am writing this letter regarding my motion to withdraw as counsel of record for Plaintiff Alan Morrison in the above-titled case.

First, counsel for Defendants do not oppose the motion to withdraw.

Second, Judge Magnuson granted Defendants' motion for summary judgment on January 26, 2018, meaning this case is essentially over.

Third, Mr. Morrison asked me to withdraw as his attorney.

Thus, I respectfully request that the parties not be required to attend a hearing on the motion to withdraw, as I filed it at Mr. Morrison's request, the clerk already entered judgment, and it is unopposed.

Sincerely,

Tim Phillips
*Attorney*