# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Alan Morrison,

Plaintiff(s),

-vs-                                                                Civ. 16-2242 PAM/SER

City of Minneapolis and Christopher Steward,

Defendant(s).

## COST JUDGMENT

The costs of the Defendant, City of Minneapolis, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Alan Morrison, as follows:

|  | **Claimed** | **Allowed** |
|---|---|---|
| Fees of the Clerk | $831.00 | $400.00 |
| Fees for service | $60.00 | $0.00 |
| Fees for transcripts | $2,003.10 | $2,003.10 |
| Fees for witnesses | $57.64 | $57.64 |
| Fees for copies | $60.12 | $60.12 |
| Other costs | $2,449.96 | $2,379.96 |
| Total | $5,461.82 | $4,900.82 |

Costs, therefore, are taxed against Plaintiff, Alan Morrison, in the amount of $4,900.82 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 14 days hereafter in accordance with Local Rule 54.3(c).

Dated at Minneapolis, Minnesota, on June 8, 2018.

KATE M. FOGARTY, CLERK

By: s/ T. Pepin

T. Pepin
Deputy Clerk