## TAXATION OF COSTS SUMMARY

Alan Morrison,

Plaintiff(s),

-vs-                                                       Civ. 16-2242 PAM/SER

City of Minneapolis and Christopher Steward,

Defendant(s).

_____

Defendant, City of Minneapolis,
against Plaintiff, Alan Morrison:

1. Fees of the Clerk:
Claimed: $831.00     Allowed: $400.00
    Allowed: Sufficient explanation and documentation provided for fees paid to the Clerk, U.S. District Court, District of Minnesota ($400.00).

    Denied: Fees of the clerk paid to other than the Clerk of this Court are not taxable by the Clerk ($431.00).

2. Fees for service:
Claimed: $60.00     Allowed: $0.00
    Denied: Fees for service by other than the U.S. Marshal are not taxable by the Clerk.

3. Fees for transcripts:
Claimed: $2,003.10     Allowed: $2,003.10
    Allowed: Sufficient explanation and documentation provided, and no objections filed.

4. Fees for witnesses:
Claimed: $57.64     Allowed: $57.64
    Allowed: Sufficient explanation and documentation provided, and no objections filed.

5. Fees for copies:
Claimed: $60.12     Allowed: $60.12
    Allowed: Sufficient explanation and documentation provided, and no objections filed.

6. Other costs:
Claimed: $2,449.96     Allowed: $2,379.96
    Allowed: Sufficient documentation provided for copy fees for medical records, and no objections filed ($2,379.96).

    Denied: Fees for delivery are not taxable by the Clerk ($70.00).

TOTAL ALLOWED:
$4,900.82

Dated: JUNE 8, 2018
T. Pepin, Deputy Clerk