UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Alan Morrison,                                          Civ. No. 16-2242 (PAM/SER)

                    Plaintiff,

v.                                                                      **ORDER**

City of Minneapolis and Christopher
Steward,

                    Defendants.

---

This matter is before the Court on Plaintiff Alan Morrison's Application to Proceed In Forma Pauperis on Appeal.  (Docket No. 145.)  Under 28 U.S.C. § 1915, the Court may authorize a party to proceed without prepayment of fees, costs, or security, on the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress.  However, the Court will deny IFP status if it finds that the appeal is not "taken in good faith."  Id. § 1915(a)(3).  Good faith is judged objectively; an appeal is not taken in good faith when it is "factually or legally frivolous." Crawford v. State of Minn., Civ. No. 04-2822, 2005 WL 1843329, at *1 (D. Minn. Aug. 2, 2005) (Tunheim, J.).

In 2018, the Court entered summary judgment on Defendants' behalf.  The Court recently reiterated to Morrison that he presents no reason entitling him to relief in this long-closed case.  (Docket No. 143.)  Moreover, the Court informed Morrison that the Court would not grant IFP status on appeal if he so requested.  (Id. at 2 n.1.)

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff Alan Morrison's

Application to Proceed In Forma Pauperis on Appeal (Docket No. 145) is **DENIED**.

Dated: <u>April 11, 2026</u>                                   <u>*s/ Paul A. Magnuson*</u>
                                                              Paul A. Magnuson
                                                              United States District Court Judge